# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3359
_____

Judy Smith

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville

_____

Submitted: June 3, 2016
Filed: June 9, 2016
[Unpublished]

_____

Before SMITH, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Judy Smith appeals the district court's[1] order affirming the Commissioner's denial of disability insurance benefits and supplemental security income after her hearing before an administrative law judge (ALJ). For reversal, Smith argues that the ALJ's decision is not supported by substantial evidence on the record as a whole, because the ALJ's adverse credibility finding is belied by the objective medical evidence, her treatment history, and her limited daily activities. Following careful de novo review, we reject this argument and affirm. See Lowe v. Apfel, 226 F.3d 969, 971-72 (8th Cir. 2000). The ALJ considered requisite factors under Polaski v. Heckler, 739 F.2d 1320, 1322 (8th Cir. 1984), and gave multiple valid reasons for discrediting Smith that were supported by the record, see Lowe, 226 F.3d at 972 (where adequately explained and supported, credibility findings are for ALJ to make).

The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).